## McCOLGAN v NEW YORK LIFE INSURANCE CO

Ohio Appeals, 9th Dist, Summit Co
No 1760. Decided April 28, 1930

Davis & Lipps, Akron, for McColgan.
Garfield, Cross, MacGregor, Daoust & Baldwin, Cleveland, and Ormsby, Kennedy & Vogel, Akron, for Ins. Co.

Opinion by PARDEE, J.
FUNK, PJ. and WASHBURN, J. concur.

### SYLLABUS

Where a life insurance policy provides for waiver of premium in the event the insured is disabled as described in the policy on the day the premium falls due, if timely notice of such fact is given to the company, but is silent as to who shall give the notice, a beneficiary, if the insured dies without giving the notice, may give the same.

Full opinion will be published later. Watch **Omnibus Index.**